UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

KIMBERLY LYNN FIELD                                   Case No.: 5-12-04565-JJT
JOHN JOSEPH CEPARANO                                  Chapter 13
        Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:** **MORTGAGE INFORMATION**
Creditor Name:                          BANK OF AMERICA
Court Claim Number:                     11
Last Four of Loan Number:               3010
Property Address if applicable:         805 COTTONWOOD COURT, HAWLEY, PA  18428

**PART 2:** **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a.  Allowed prepetition arrearages:                                          $1,161.82
b.  Prepetition arrearages paid by the Trustee:                              $1,161.82
c.  Amount of postpetition fees, expenses, and charges recoverable
    Under Bankruptcy Rule 3002.1(c):                                         $0.00
d.  Amount of postpetition fees, expenses, and charges recoverable
    Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:                 $0.00
e.  Allowed postpetition arrearage:                                          $0.00
f.  Postpetition arrearages paid by the Trustee:                             $0.00
g.  Total b, d, f:                                                           $1,161.82

**PART 3:** **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment:  $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:** **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

  To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies
  of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: March 16, 2018

Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

Re:

    KIMBERLY LYNN FIELD             Case No.: 5-12-04565-JJT
    JOHN JOSEPH CEPARANO        Chapter 13
            Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Notice of Final Cure by First Class Mail, unless served electronically, at the below address on March 16, 2018.

KIMBERLY LYNN FIELD
JOHN JOSEPH CEPARANO
3478 HEMLOCK FARMS
LORDS VALLEY, PA  18428


BANK OF AMERICA
C/O KML LAW GROUP, P.C.
701 MARKET STREET, SUITE 5000
PHILADELPHIA, PA,   19106


MATTHEW A SCHMIDT, ESQUIRE
AMORI & ASSOCIATES
513 SARAH STREET
STROUDSBURG PA,   18360-


Date: March 16, 2018                      s/   Donna Schott
                                                         Charles J. DeHart, III, Trustee
                                                           Standing Chapter 13 Trustee
                                                           Suite A, 8125 Adams Drive
                                                           Hummelstown, PA  17036
                                                           Phone:  (717) 566-6097
                                                           Fax:  (717) 566-8313
                                                           eMail:  dehartstaff@pamd13trustee.com