```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                       Case No. 12-04565-JJT
Kimberly Lynn Field                                          Chapter 13
John Joseph Ceparano
       Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5         User: AGarner             Page 1 of 2           Date Rcvd: May 15, 2018
                             Form ID: fnldecnd         Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
```
db/jdb        +Kimberly Lynn Field,   John Joseph Ceparano,   3478 Hemlock Farms,
               Lords Valley, PA 18428-9147
4267416       +16001 North Dallas Parkway,   Addison, TX 75001-3311
4156655       +Amori & Associates LLC,   513 Sarah Street,   Stroudsburg, PA 18360-2118
4156656      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX  79998)
4156657       +Bank Of America, N.a.,   450 American St,   Simi Valley, CA 93065-6285
4216886        Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
4230739       +CAPITAL ONE BANK (USA), N.A.,   PO Box 12907,   Norfolk VA 23541-0907
4156654       +Ceparano John Joseph,   3478 Hemlock Farms,   Lords Valley, PA 18428-9147
4156660       +Chase Auto,   Po Box 24696,   Columbus, OH 43224-0696
4156661       +Citi,   P.o. Box 6500,   Sioux Falls, SD 57117-6500
4156662       +Credit First N A,   6275 Eastland Rd,   Brookpark, OH 44142-1399
4180532       +Credit First NA,   Po Box 818011,   Cleveland, OH 44181-8011
4179602        FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
4156653       +Field Kimberly Lynn,   3478 Hemlock Farms,   Lords Valley, PA 18428-9147
4156666       +Manhattan Physician Labs,   25 Riverside Drive,   Pine Brook, NJ 07058-9391
4156667       +Miller & Milone, PC,   Attorneys At Law,   100 Quentin Roosevelt Blvd, Suite 2,
               Garden City, NY 11530-4874
4166092        NY Dept of Taxation and Finance,   Bankruptcy Section,   PO Box 5300,   Albany, NY 12205-0300
4156670       +NYH-CUMC Radiology Group,   At Weill Cornell Medical College,   575 Lexington Ave., Suite 540,
               New York, NY 10022-6153
4156668       +New York Presbyterian Hospital, Car,   Miller & Milone, PC,
               100 Quentin Roosevelt Blvd, Suite 2,   Garden City, NY 11530-4874
4156669       +New York State Dept Of Taxation And,   Office Of Counsel,   Bldg 9, W.A. Harriman Campus,
               Albany, NY 12227-0001
4156672       +PA Dept Of Revenue,   Samters Bldg,   101 Penn Ave, Suite 305,   Scranton, PA 18503-2021
4156671       +PA Dept Of Revenue,   Samters Building,   101 Penn Ave., Suite 305,   Scranton, PA 18503-2021
4162700       +PNC Bank,   P.O. Box 94982,   Cleveland, OH 44101-4982
4156673       +Pnc Bank Na,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
4156674        Weill Cornell Imaging At NYP,   At Weill Cornell Medical College,   Box 5360 G.P.O.,
               New York, NY  10087-5360
4156675       +Weill Cornell Medical College,   575 Lexington Ave, Suite 540,   New York, NY 10022-6145
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4251021       +E-mail/Text: bncmail@w-legal.com May 15 2018 18:58:02     Azurea I, LLC,
               c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
4156659       +E-mail/Text: cms-bk@cms-collect.com May 15 2018 18:57:50     Capital Management Services, LP,
               726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
4159374        E-mail/Text: mrdiscen@discover.com May 15 2018 18:57:46     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
4156663       +E-mail/Text: mrdiscen@discover.com May 15 2018 18:57:46     Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
4156664        E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 19:05:12     Green Tree Servicing L,
               332 Minnesota St Ste 610,   Saint Paul, MN  55101
4164718        E-mail/Text: bankruptcy.bnc@ditech.com May 15 2018 18:57:49     Green Tree Servicing, LLC,
               P.O. Box 6154,   Rapid City, SD 57709-6154
4164719        E-mail/Text: bankruptcy.bnc@ditech.com May 15 2018 18:57:49     Green Tree Servicing, LLC,
               PO BOX 0049,   Palatine, IL 60055-0049
4156665        E-mail/Text: cio.bncmail@irs.gov May 15 2018 18:57:48     Internal Revenue Service,
               Department Of The Treasury,   Cincinnati, OH  45999-0030
4173354       +E-mail/Text: bk.notifications@jpmchase.com May 15 2018 18:57:50     JPMorgan Chase Bank NA,
               201 North Central Ave,   Mail Code AZ1-1191,   Phoenix, AZ 85004-8001
4175860       +E-mail/Text: bncmail@w-legal.com May 15 2018 18:57:58
               KEYSTONE RECOVERY PARTNERS LLC, SERIES A,   C O WEINSTEIN AND RILEY, PS,
               2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4299834       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2018 19:05:13
               PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
4172850        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2018 18:57:53
               Pennsylvania Department Of Revenue,   Bankruptcy Division PO Box 280946,
               Harrisburg, PA 17128-0946
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Azurea I, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
cr*          +PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
```

```
District/off: 0314-5           User: AGarner              Page 2 of 2                 Date Rcvd: May 15, 2018
                               Form ID: fnldecnd          Total Noticed: 38
```

4156658      ##+Cap One,    Po Box 5253,    Carol Stream, IL 60197-5253
                                                                                    TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jill Manuel-Coughlin    on behalf of Creditor    Bank of America, N.A. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Joshua I Goldman    on behalf of Creditor    Bank of America, N.A., et al bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kimberly A Bonner    on behalf of Creditor    Bank of America, N.A. kbonner@zuckergoldberg.com,
               bankruptcynotice@zuckergoldberg.com
              Lorraine Gazzara Doyle    on behalf of Creditor    Bank of America, N.A. LDoyle@udren.com,
               vbarber@udren.com
              Mary F Kennedy    on behalf of Defendant    GREEN TREE SERVICING LLC mary@javardianlaw.com,
               tami@javardianlaw.com
              Matthew A. Schmidt    on behalf of Plaintiff John Joseph Ceparano afr@epix.net
              Matthew A. Schmidt    on behalf of Debtor 2 John Joseph Ceparano afr@epix.net
              Matthew A. Schmidt    on behalf of Plaintiff Kimberly Lynn Field afr@epix.net
              Matthew A. Schmidt    on behalf of Debtor 1 Kimberly Lynn Field afr@epix.net
              Thomas I Puleo    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12

**fnldec** (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Kimberly Lynn Field<br>3478 Hemlock Farms<br>Lords Valley, PA 18428 | Chapter 13<br>Case No. 5:12−bk−04565−JJT |
| John Joseph Ceparano<br>3478 Hemlock Farms<br>Lords Valley, PA 18428 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−9205
xxx−xx−5192

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for Kimberly Lynn Field and John Joseph Ceparano, Debtor and Joint Debtor in accordance with §1328 of the Bankruptcy Code.

Dated: May 15, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: AGarner, Deputy Clerk