B2830 (Form 2830) (04/16)

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: Kimberly Lynn Field  
      John Joseph Ceparano  
          Debtors

CaseNo. 5-12-04565  
Chapter 13

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

**X**     I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation sincethen.

☐     I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcypetition and today.

*Part II. If you checked the second box, you must provide the information below.*

    My currentaddress:

    Mycurrentemployerandmyemployer'saddress:

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

**X**     I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

☐     I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

\*     Amounts are subject to adjustment on 4/01/19, and every 3 years thereafter with respect to cases commenced on or after the date ofadjustment.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on: 03/09/2021　　　　　　　　/s/ John Joseph Ceparano
Date　　　　　　　　　　　　　　　　　Debtor